

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

    Plaintiff,

v.

CIVIL ACTION NO.: CV611-005

GEORGIA STATE PRISON; BRUCE
CHATHAM; Ms. BREWTON; JOHN
PAUL; Mr. BREWTON; Dr. BROOM;
and Guard CASTON,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed.[1] (Doc. No. 16). In his Objections, Plaintiff asks that his Omnibus Pleading be attached to each response by the court. He requests that Georgia State Prison be dismissed as a defendant. Plaintiff wishes to amend his complaint by adding a complaint that his regular diet has been substituted with a "sterile" diet consisting of hermetically-sealed cheese, crackers, and Ensure. Plaintiff claims that despite receiving this food, he is still starving. Inexplicably, later in his Objections Plaintiff requests this Court issue a TRO reinstating his "sterile" diet during the pendency of this litigation. Plaintiff then lists alleged violations of his constitutional rights including retaliation, excessive force, religious freedom, and access to courts. Plaintiff also seeks the recusal of Magistrate Judge James E. Graham. Nothing in Plaintiff's Objections warrants granting him an exception to the three strikes rule.

---

[1] Plaintiff's Objections were titled and docketed as "Omnibus Pleading."

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's complaint is **DISMISSED**. The Clerk is authorized and directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this ____ day of _____, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA