UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

**Plaintiff,**

v. 6:11-cv-5

GEORGIA STATE PRISON; BRUCE CHATHAM; MS. BREWTON, JOHN PAUL; MR. BREWTON; DR. BROOM; and GUARD CASTON,

**Defendants.**

## ORDER

This Court dismissed Plaintiff Warren Skillern's ("Skillern") suit on April 4, 2011, because it was barred by 28 U.S.C. § 1915(g)'s three strikes rule. *See* Doc. 18. Before the Court are Skillern's "Request for Leave to Appeal In Forma Pauperis," *see* Doc. 31, and Motion for Court to File with the Clerk All Orders, *see* Doc. 32.

Because this is a civil rights action under 28 U.S.C. § 1983, and not a habeas petition, Skillern does not need the Court's approval to appeal this case. *See* 28 U.S.C. § 2253(c)(1) (requiring a Certificate of Appealability before a habeas petitioner may appeal). But "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Good faith means that an issue exists on appeal that is not frivolous when judged under an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Busch v. Cnty. of Volusia*, 189 F.R.D. 687, 691 (M.D. Fla. 1999). A claim is frivolous if it is "without arguable merit either in law or fact." *Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

Skillern is subject to 28 U.S.C. § 1915(g)'s three strikes bar and has failed to satisfy the imminent danger exception. *See* Doc. 13. His claims are frivolous and his appeal is not taken in good faith. Skillern's "Request for Leave to Appeal In Forma Pauperis," *see* Doc. 31, is ***DENIED***.

Skillern's second motion questions whether the Court's "23 May 2011 'order' has been filed" and asks that the Court file it. *See* Doc. 31. This order is on the docket as docket number 30. *See* Doc. 30. Skillern's motion, *see* Doc. 32, is ***DISMISSED AS MOOT***.

This 7th day of June 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA